UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CAVINESS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R.L. RUNNELS et al,<br><br>　　　　Defendant._____/ | Case Number: CV07-05132 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Caviness
K-39011, A1-227
High Desert State Prison Facility
P.O. Box 3030
Susanville, CA 96127

Dated: October 10, 2007

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk