IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

    Petitioner,

  v.

R. L. RUNNELS, Warden,

    Respondent.

No. C 07-5132 WHA (PR)

**JUDGMENT**

    The court having entered a ruling today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: October 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\caviness5132.jud.wpd